

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-24-00876-CR

Stephen Wayne **RICHARDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10629-W7
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is **DISMISSED FOR LACK OF JURISDICTION**.

It is so **ORDERED** on April 30, 2025.

_____
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.



_____
Caitlin A. McCamish, Clerk of Court